UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENORE R. OWENS, JEAN L. JEWETT, LORI L. BUKSAR, and JULIA SNYDER, on behalf of themselves, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTHONY MEDICAL CENTER, INC., ("SAMC"), THE FRANCISCAN SISTERS OF CHICAGO SERVICE CORPORATION ("FSCSC"), FRANCISCAN COMMUNITIES, INC. f/k/a FRANCISCAN HOMES & COMMUNITY SERVICES, FRANCISCAN HOLDING CORPORATION, FRANCISCAN ALLIANCE, INC., DONNA GOSCIEJ, LINDA HORNYAK, THE SAMC RETIREMENT COMMITTEE, the members of the SAMC RETIREMENT COMMITTEE, LEONARD WYCHOCKI, WALTER GARBARCZYK, JULIE SECVIAR, CHESTER LABUS, and SISTER HELENE GALUSZKA, the members of the FSCSC BOARD OF DIRECTORS, SISTER M. FRANCIS CLARE RADKE, SISTER M. FRANCINE LABUS, ANNETTE SHOEMAKER, JILL KRUEGER, LAWRENCE LEAMAN, SANDRA SINGER, SUSAN NORDSTROM LOPEZ, and JOHN and JANE DOES, each an individual, 1-40,<br><br>Defendants. | Case No: 1:14-cv-04068<br><br>Judge Sharon Johnson Coleman |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND FOR CERTIFICATION OF A SETTLEMENT CLASS**

Plaintiffs Lenore Owens, Jean Jewett, Lori Buksar and Julia Snyder ("Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) preliminarily

approving the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") between the Parties; (2) preliminarily certifying the proposed Settlement Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2); (3) approving the form and method of Class Notice; and (4) setting a date and time for a hearing (the "Fairness Hearing") for consideration of final approval of the Settlement, of payment of attorneys' fees and expenses, and of a potential Incentive Award to the Named Plaintiffs.

Dated:  April 10, 2019                          Respectfully submitted,

/s/ Jamie L. Bowers_____
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Karen L. Handorf
Julie G. Reiser
Julie S. Selesnick
Jamie Bowers
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, D.C.  20005
Tel: (202) 408-4600 / Fax: (202) 408-4699
Email: khandorf@cohenmilstein.com
jreiser@cohenmilstein.com
jselesnick@cohenmilstein.com
jbowers@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Carol V. Gilden
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370 / Fax: (312) 357-0369
ARDC No.:  6185530
Email: cgilden@cohenmilstein.com

**KELLER ROHRBACK L.L.P.**
Lynn Lincoln Sarko
Erin M. Riley
Laura R. Gerber
Havila Unrein
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
eriley@kellerrohrback.com
lgerber@kellerrohrback.com
hunrein@kellerrohrback.com

**KELLER ROHRBACK L.L.P.**
Ron Kilgard
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248- 2822
Email: rkilgard@kellerrohrback.com

**Attorneys for Plaintiffs**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2019, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court and served on all counsel of record through the Northern District of Illinois CM/ECF system.

                                                          _s/ Jamie Bowers_
                                                          Jamie Bowers