**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LENORE R. OWENS, JEAN L. JEWETT, LORI L. BUKSAR, and JULIA SNYDER, on behalf of themselves, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTHONY MEDICAL CENTER, INC., ("SAMC"), THE FRANCISCAN SISTERS OF CHICAGO SERVICE CORPORATION ("FSCSC"), FRANCISCAN COMMUNITIES, INC. f/k/a FRANCISCAN HOMES & COMMUNITY SERVICES, FRANCISCAN HOLDING CORPORATION, FRANCISCAN ALLIANCE, INC., DONNA GOSCIEJ, LINDA HORNYAK, THE SAMC RETIREMENT COMMITTEE, the members of the SAMC RETIREMENT COMMITTEE, LEONARD WYCHOCKI, WALTER GARBARCZYK, JULIE SECVIAR, CHESTER LABUS, and SISTER HELENE GALUSZKA, the members of the FSCSC BOARD OF DIRECTORS, SISTER M. FRANCIS CLARE RADKE, SISTER M. FRANCINE LABUS, ANNETTE SHOEMAKER, JILL KRUEGER, LAWRENCE LEAMAN, SANDRA SINGER, SUSAN NORDSTROM LOPEZ, and JOHN and JANE DOES, each an individual, 1-40,<br><br>Defendants. | Case No: 1:14-cv-04068<br><br>Judge Sharon Johnson Coleman |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE**
**SETTLEMENT**

Plaintiffs Lenore Owens, Jean Jewett, Lori Buksar, and Julia Snyder ("Named

Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1)

granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") described herein and preliminarily approved by the Court on April 16, 2019 (ECF No. 300); and (2) granting final certification of the Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2).[1]  Defendants do not oppose the relief sought herein.  For the reasons fully set forth in the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement Agreement, Plaintiffs respectfully request that the Court GRANT the Motion and enter the Proposed Order, filed herewith.

Dated: June 28, 2019

By: __/s/ Carol V. Gilden_____
     Carol V. Gilden

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
Fax: (312) 357-0369
ARDC No.:  6185530
Email: cgilden@cohenmilstein.com

Karen L. Handorf
Julie G. Reiser
Julie Selesnick
Jamie Bowers
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., NW, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: khandorf@cohenmilstein.com
jreiser@cohenmilstein.com
jselesnick@cohenmilstein.com
jbowers@cohenmilstein.com

Lynn L. Sarko
KELLER ROHRBACK L.L.P.

---

[1] Plaintiffs file the instant Motion contemporaneously with their Motion for Approval of Attorneys' Fees, Reimbursement of Expenses and for Incentive Awards to Named Plaintiffs.

1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com

Ron Kilgard
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248- 2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2019, I electronically filed the Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class with the Clerk of Court using the ECF filing system which in turn sent notice to all counsel of record.

/s/ Jamie Bowers
Jamie Bowers