UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENORE R. OWENS, JEAN L. JEWETT, LORI L. BUKSAR, and JULIA SNYDER, on behalf of themselves, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ST. ANTHONY MEDICAL CENTER, INC., ("SAMC"), THE FRANCISCAN SISTERS OF CHICAGO SERVICE CORPORATION ("FSCSC"), FRANCISCAN COMMUNITIES, INC. f/k/a FRANCISCAN HOMES & COMMUNITY SERVICES, FRANCISCAN HOLDING CORPORATION, FRANCISCAN ALLIANCE, INC., DONNA GOSCIEJ, LINDA HORNYAK, THE SAMC RETIREMENT COMMITTEE, the members of the SAMC RETIREMENT COMMITTEE, LEONARD WYCHOCKI, WALTER GARBARCZYK, JULIE SECVIAR, CHESTER LABUS, and SISTER HELENE GALUSZKA, the members of the FSCSC BOARD OF DIRECTORS, SISTER M. FRANCIS CLARE RADKE, SISTER M. FRANCINE LABUS, ANNETTE SHOEMAKER, JILL KRUEGER, LAWRENCE LEAMAN, SANDRA SINGER, SUSAN NORDSTROM LOPEZ, and JOHN and JANE DOES, each an individual, 1-40,<br><br>    Defendants. | Case No: 1:14-cv-04068<br><br>Judge Sharon Johnson Coleman |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND FOR INCENTIVE AWARDS TO NAMED <u>PLAINTIFFS</u>**

Plaintiffs Lenore Owens, Jean Jewett, Lori Buksar, and Julia Snyder ("Named Plaintiffs")

respectfully move the Court for an Order: (i) approving the negotiated attorneys' fees and expenses to their attorneys Cohen Milstein Sellers & Toll, PLLC and Keller Rohrback, L.L.P. ("Class Counsel"), and (ii) granting incentive awards to themselves as class representatives.

Accordingly, for the reasons fully set forth in the accompanying Memorandum, Plaintiffs respectfully ask that the Court GRANT Plaintiffs' Motion and approve $1,000,000 for the payment of attorneys' fees and expenses, and incentive awards of $15,000 to each of the four Named Plaintiffs.

Dated: June 28, 2019

Respectfully submitted,

By: /s/ Carol V. Gilden
Carol V. Gilden

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
Fax: (312) 357-0369
ARDC No.: 6185530
Email: cgilden@cohenmilstein.com

Karen L. Handorf
Julie G. Reiser
Julie Selesnick
Jamie Bowers
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., NW, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: khandorf@cohenmilstein.com
jreiser@cohenmilstein.com
jselesnick@cohenmilstein.com
jbowers@cohenmilstein.com

Lynn L. Sarko
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900

Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com

Ron Kilgard
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248- 2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 28, 2019, I electronically filed the Unopposed Motion For Approval Of Attorneys' Fees, Reimbursement Of Expenses And For Incentive Awards To Named Plaintiffs with the Clerk of Court using the ECF filing system which in turn sent notice to all counsel of record.

/s/     Jamie Bowers
Jamie Bowers